IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:07-cr-00084-3 |
|---|---|---|
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| DANNY LEE PEOPLES, | ) | By: Hon. James C. Turk |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the United States' motion to dismiss is **GRANTED**; petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This _29th_ day of March, 2010.

/s/ James C. Turk
Senior United States District Judge