CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 15 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 7:07CR00084 |
| vs. | **FINAL ORDER** |
| DANNY LEE PEOPLES, | By: James C. Turk |
| | Senior United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. The defendant's motion, styled as an "OMNIBUS MOTION TO MODIFY SENTENCE 18 U.S.C. § 3582(C)(1)(B) PETITION FOR A WRIT OF MANDAMUS," is **DENIED**, and the defendant's submission is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The Clerk is **DIRECTED** to redocket the motion (ECF No. 300) as a § 2255 motion;

3. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket;

4. The defendant's motion to reconsider (ECF No. 290) is **DENIED**; and

5. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 15th day of October, 2012.

/s/ James C. Turk
Senior United States District Judge