CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 16 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 7:07CR00084 |
| | ) (CASE NO. 7:14CV80756) |
| v. | ) |
| | ) **FINAL ORDER** |
| DANNY LEE PEOPLES, | ) |
| Defendant. | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the defendant's motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, (ECF No. 367) is **DISMISSED** as successive and is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 16th day of July, 2014.

/s/ Glen Conrad
Chief United States District Judge